UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIN ROCCO<br>    **Plaintiff**                      ) <br>                                    )<br>v.                                   )<br>                                    )<br>MEDCONN COLLECTION AGENCY, LLC    )<br>    **Defendant**                  )<br>                                    ) | CIVIL ACTION<br><br>COMPLAINT<br><br><br><br><br><br>DECEMBER 11, 2009 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer against a collection agency for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. Plaintiff, Erin Rocco, formerly known as Erin Doll, is a natural person residing in Bristol, Connecticut.

3. Defendant, Medconn Collection Agency, LLC ("Medconn"), is a Connecticut limited liability company licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1337

5. This Court has jurisdiction over Medconn because it is a Connecticut company that engages in business activities within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. Sometime prior to August 2009, Plaintiff accrued a debt with ProHealth Physicians.

8. ProHealth Physicians subsequently hired Medconn to collect that debt.

9. On or around August 20, 2009, Plaintiff received a collection letter from Medconn.

10. The letter referenced a specific account number with ProHealth Physicians, and it also referenced "various other accounts" that Medconn presumably had been hired to collect.

11. On or around August 26, 2009, Plaintiff received another collection letter from Medconn which also referenced "various other accounts."

## V. CLAIMS
### Fair Debt Collection Practices Act

12. Plaintiff incorporates Paragraphs 1- 11.

13. Medconn's letters were confusing on their face, misrepresented the character of the debt, and were in violation of the FDCPA.

14. For Medconn's violations of the FDCPA as described above, Plaintiff is entitled to recover her actual damages, statutory damages of $1,000, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, Plaintiff prays for the following relief:

Actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. § 1692k, and such other relief as this Court deems appropriate.

PLAINTIFF, ERIN ROCCO

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457