UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIN ROCCO, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| V. | : | NO. 3:09-CV-02033 (AWT) |
| | : | |
| MEDCONN COLLECTION AGENCY, LLC, | : | |
| | : | |
| DEFENDANT. | : | APRIL 20, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| ERIN ROCCO | MEDCONN COLLECTION AGENCY, LLC |
| By: _____ | By: _____ |
| Daniel S. Blinn (ct 02188) | Jonathan D. Elliot (ct05762) |
| Consumer Law Group, LLC | Zeldes, Needle & Cooper, P.C. |
| 35 Cold Spring Road, Suite 512 | 1000 Lafayette Boulevard |
| Rocky Hill, CT 06067 | Bridgeport, CT 06604 |
| Tel:860-571-0408 | Tel:   203-333-9441 |
| Fax:860-571-7457 | Fax:  203-333-1489 |
| E-Mail: dblinn@consumerlawgroup.com | E-Mail: jelliot@znclaw.com |
| His Attorneys | Its Attorneys |